Sharon S. KING, f/k/a Sharon S. Alexander, Petitioner–Respondent,

v.

James A. ALEXANDER, Respondent–Appellant.

No. 68657.

Missouri Court of Appeals, Eastern District, Division Four.

June 4, 1996.

Stephen Evans, Armstrong Law Offices, Edwardsville, IL, for appellant.

Richard A. Gartner, Rollings, Borchers, Stuhler, Carmichael & Gartner, St. Charles, for respondent.

Before SIMON, P.J., and CRANDALL and HOFF, JJ.

ORDER

PER CURIAM.

James A. Alexander appeals from the judgment of the trial court granting the motion of Sharon S. King to modify child custody and child support.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).[1]

■

Donald BOLZENIUS, Petitioner/Appellant,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.

No. 68866.

Missouri Court of Appeals, Eastern District, Division One.

June 4, 1996.

Jonathan Downard, Hansen, Stierberger, Downard & Melenbrink, Union, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, James A. Chenault, III, Special Assistant Attorney General, Mo. Dept. of Revenue, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Petitioner appeals from the circuit court's judgment affirming the Director of Revenue's suspension of his driving privileges after a trial *de novo.* We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

---

1. The motion of Sharon S. King to file a supplemental legal file is granted.